

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00044-CV

Arthur **CAMPBELL**,
Appellant

v.

**WESTOVER FOREST HOMEOWNERS ASSOCIATION INC.**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 385334
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
           Sandee Bryan Marion, Justice
           Marialyn Barnard, Justice

Delivered and Filed:  April 2, 2014

DISMISSED

Texas Rule of Appellate Procedure 5 provides the following:

A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

Because Appellant failed to pay the filing fee in this appeal, on February 11, 2014, we ordered appellant, on or before February 21, 2014, to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or these rules from paying the filing

fee. *See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs). We warned that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

Appellant, however, failed to pay the filing fee or provide written proof that he is excused from paying the filing fee by the date ordered. We, therefore, dismiss this appeal. *See id.*

PER CURIAM